UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
MAR 3 1 2008


*******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 07-40055-25 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JERRY GEORGE, | * | |
| Defendant. | * | |

*******************************************************************

Pending before the Court is the Defendant Jerry George's Plea Agreement and Factual Basis Statement. A hearing to take the plea was held before the Magistrate Judge on March 10, 2008, and Judge Simko issued a Report and Recommendation recommending to this Court that the plea be accepted and the Defendant be adjudged guilty as charged in Count 1 of the Second Superseding Indictment with Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. §§ 841(a)(1) and 846. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, the plea is accepted and the Defendant Jerry George is adjudged guilty.

Dated this 31st day of March, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Sherry Margulies_
DEPUTY